Citation Nr: 1829595 
Decision Date: 06/19/18 Archive Date: 07/02/18

DOCKET NO. 18-14 653 ) DATE
 )
 )

On appeal from the decision of the 
Department of Veterans Affairs Regional Office (RO) in Huntington, West Virginia


THE ISSUE

Entitlement to an initial evaluation in excess of 10 percent for patellofemoral syndrome, right knee.


REPRESENTATION

Appellant represented by: Jan Dils, Attorney at Law


ATTORNEY FOR THE BOARD

N. Rippel, Counsel



INTRODUCTION

This is an appeal of a May 2016 rating decision by the RO.


FINDING OF FACT

On April 18, 2018, prior to the promulgation of a decision in the appeal, the Board received notification from the appellant, through his authorized representative, that a withdrawal of this appeal is requested.


CONCLUSION OF LAW

The criteria for withdrawal of an appeal by the appellant or his or her authorized representative have been met. 38 U.S.C. § 7105(b)(2), (d)(5); 38 C.F.R. § 20.204.


REASONS AND BASES FOR FINDING AND CONCLUSION

The Board may dismiss any appeal which fails to allege specific error of fact or law in the determination being appealed. 38 U.S.C. § 7105. An appeal may be withdrawn as to any or all issues involved in the appeal at any time before the Board promulgates a decision. 38 C.F.R. § 20.204. Withdrawal may be made by the appellant or by his or her authorized representative. 38 C.F.R. § 20.204. In the present case, the appellant, through his authorized representative, has withdrawn this appeal and, hence, there remain no allegations of errors of fact or law for appellate consideration. Accordingly, the Board does not have jurisdiction to review the appeal and it is dismissed.


ORDER

The appeal is dismissed.




 
C. TRUEBA
 Veterans Law Judge, Board of Veterans' Appeals




Department of Veterans Affairs